# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| JACQUELINE GIBSON,<br><br>        Plaintiff,<br><br>vs.<br><br>SHEREE D. CORNIEL,<br><br>        Defendant. | 2:13-cv -01759-RCJ-VCF<br><br>**ORDER GRANTING LIMITED STAY OF DISCOVERY** |

Before the Court is Defendant's Motion to Stay Discovery. The stay requested does not set a date certain for lifting the stay and will not be approved in that form.

Good Cause Appearing,

IT IS HEREBY ORDERED that all discovery is stayed in this case until the earlier of twenty (20) days after Defendant files an answer or July 16, 2014;

IT IS FURTHER ORDERED that the parties will not be required to file a proposed Discovery Plan and Scheduling Order until the earlier of twenty (20) days after Defendant files an answer or July 16, 2014;

After July 2, 2014, the parties may file a stipulation to further stay discovery and the filing of a Discovery Plan and Scheduling Order, if the case is still pending and the Defendant has not filed an answer at the time of filing the new stipulation.

DATED this 16th day of January, 2014.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE