1
2
3
4
5
6

**UNITED STATES DISTRICT COURT**

7

**DISTRICT OF NEVADA**

8   JACQUELINE GIBSON,

CASE NO.: 2:13-CV-1759-RCJ-VCF

9                         Plaintiff,
        v.

**ORDER**

10

SHEREE D. CORNIEL,

11
                         Defendant.
12

13          Before the Court is the Report and Recommendation (#30) entered on February 18, 2014.

14   Plaintiff filed her Objections to United States Magistrate Judge's Report and Recommendation (#31)

15   on March 7, 2014, and Amended Objections (#32) on March 10, 2014.   The Federal Defendant's filed

16   a Response to Plaintiff's Objections (#34) on March 24, 2014.

17          The Court has conducted it's *de novo* review in this case, has fully considered the objections of

18   the Plaintiffs, the pleadings and memoranda of the parties and other relevant matters of record pursuant

19   to 28 U.S.C. § 636(b)(1)(B) and Local Rule IB 3-2.  The district court may accept, reject, or modify in

20   whole or in part, the findings and recommendations made by the Magistrate Judge.  Fed. R. Civ. P.

21   72(b).   The Court determines and concludes that the Magistrate Judge's ruling was neither clearly

22   erroneous nor contrary to law.   The Court hereby,

23          ADOPTS AND ACCEPTS the Report and Recommendation of the United States Magistrate

24   Judge (ECF #30).

25          IT IS HEREBY ORDERED that the Magistrate Judge's Order (#30) will, therefore, be sustained

26   and Plaintiff's Objections to Magistrate Judge's Report and Recommendation (#31/32) is DENIED.

27          IT IS SO ORDERED this 3rd day of April, 2014.

28

_____
ROBERT C. JONES
UNITED STATES DISTRICT JUDGE